# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————————

JACK DROUIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2112

————————————————————

May 13, 2026

Appeal from the Circuit Court for Pasco County; Joshua Riba, Judge.

Blair Allen, Public Defender, and Terrence E. Kehoe, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

————————————————————

Opinion subject to revision prior to official publication.